UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 02702
    WILLIAM B SHEFFER
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-9048
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/16/07 and confirmed on 04/27/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  48960.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LASALLE BANK MIDWEST | CURRENT MORTG | .00 | .00 | .00 |
| LASALLE BANK MIDWEST | MORTGAGE ARRE | 17074.41 | .00 | 17074.41 |
| CONSUMERS COOP CU | SECURED | .00 | .00 | .00 |
| CONSUMERS COOP CU | MORTGAGE ARRE | .00 | .00 | .00 |
| CARRIAGE HOMES OF FOX RI | SECURED | 2000.00 | .00 | 2000.00 |
| CONSUMERS COOP CU | SECURED VEHIC | 13552.47 | 666.23 | 13552.47 |
| VILLAGE OF FOX LAKE | SECURED | 446.00 | .00 | 418.07 |
| CONSUMERS COOP CU | SECURED | .00 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 8337.60 | .00 | 5036.91 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 473.33 | .00 | 285.95 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8140.50 | .00 | 4917.83 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | 1095.40 | .00 | 661.75 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PARKRIDGE ANESTHESIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 120.02 | .00 | 72.51 |
| VISTA MEDICAL CENTER EAS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 40.00 | .00 | 24.16 |

        Summary of disbursements:

```
                       SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    33072.88          .00     18206.85          .00      51279.73
PRINCIPAL PAID        33044.95          .00     10999.11          .00      44044.06
INTEREST PAID           666.23          .00          .00          .00        666.23
TOTAL PAID            33711.18          .00     10999.11          .00      44710.29
```

The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $   3000.00
and was paid $     900.00   direct and $    2100.00   through the plan.

The Trustee received $    2149.71 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 02702 WILLIAM B SHEFFER